JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. CV 22-8609 PA (JEMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| TM SMOKE SHOP, INC. d/b/a TUSTIN B SMOKE SHOP, and MAGED SHENOUDA, | |
| Defendants. | |

In accordance with the Court's March 1, 2023 Minute Order dismissing this action for failure to timely serve under Federal Rule of Civil Procedure 4(m) and for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: March 1, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE